RICHARD L. MERADITH, APPELLANT, V. RUBY F. MERADITH, APPELLEE.

334 N.W.2d 463

Filed May 27, 1983. No. 82-748.

Rex K. Wolstenholm of Brogan, McCluskey & Wolstenholm, for appellant.

No appearance for appellee.

KRIVOSHA, C.J., BOSLAUGH, MCCOWN, WHITE, HASTINGS, CAPORALE, and SHANAHAN, JJ.

PER CURIAM.
Having reviewed the record de novo as we are required to do, we find that the order and judgment of the District Court are correct and are affirmed.

AFFIRMED.